# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 10, 2009

138335

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

DEBORAH BECKER,
        Plaintiff-Appellant,

v

SC: 138335
COA: 281481
Clinton CC: 06-010053-NO

PATRICIA GLAISTER, TROY BRAMAN,
and BRAMAN CONSTRUCTION, INC.,
        Defendants-Appellees.

_____/

On order of the Court, the application for leave to appeal the January 22, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, C.J., and CAVANAGH and HATHAWAY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 10, 2009

0603

_____
Clerk